UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-30878 |
| | § | |
| APEX KATY PHYSICIANS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Randy W. Williams, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $15,545,228.50 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $29,183.50 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $6,816.50 | | |

3) Total gross receipts of $46,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $10,000.00 (see **Exhibit 2),** yielded net receipts of $36,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $450,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,816.50 | $6,816.50 | $6,816.50 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $3,240,255.16 | $4,174,591.35 | $4,174,591.35 | $29,183.50 |
| **Total Disbursements** | $3,690,255.16 | $4,181,407.85 | $4,181,407.85 | $36,000.00 |

4). This case was originally filed under chapter 7 on 02/18/2019. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/04/2021            By:   /s/ Randy W. Williams
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Case No. 2016-20734. Claims against Robert Remy, Abeer Saqer, Dr. Stephen Kock in connection with false financial statem | 1129-000 | $36,000.00 |
| Cause No. 2009-02578. Claims against Adeel Zaidi, A.K. Chagla, Prestige Consulting, Inc. Apex Katy Physicians-TMG, LLC | 1290-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$46,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Robin L. Harrison | Funds to Third Parties | 8500-002 | $10,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pankaj K. Shah, MD | 4210-000 | $450,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$450,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Randy W. Williams, Trustee | 2100-000 | NA | $4,350.00 | $4,350.00 | $4,350.00 |
| Randy W. Williams, Trustee | 2200-000 | NA | $55.75 | $55.75 | $55.75 |
| International Sureties, Ltd. | 2300-000 | NA | $24.98 | $24.98 | $24.98 |
| Veritex Community Bank | 2600-000 | NA | $229.77 | $229.77 | $229.77 |
| CARR, RIGGS & INGRAM LLC, Accountant for Trustee | 3410-000 | NA | $2,156.00 | $2,156.00 | $2,156.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,816.50 | $6,816.50 | $6,816.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Adeel Zaidi | 7100-000 | $0.00 | $5,778.84 | $5,778.84 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 1; Adeel Zaidi) | 7100-001 | $0.00 | $0.00 | $0.00 | $78.47 |
| 2 | Robert D. Remy | 7100-000 | $0.00 | $231,501.33 | $231,501.33 | $3,143.50 |
| 3 | Pankaj K. Shah | 7100-000 | $600,000.00 | $1,911,920.79 | $1,911,920.79 | $25,961.53 |
| 4 | Parag Parikh | 7200-000 | $2,005,000.00 | $2,005,000.00 | $2,005,000.00 | $0.00 |
| 5 | Internal Revenue Service | 7200-000 | $5,340.00 | $20,390.39 | $20,390.39 | $0.00 |
| | 4 Seasons Landscaping & Yards | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Brilliant Energy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Katy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Consolidated Communications | 7100-000 | $97.82 | $0.00 | $0.00 | $0.00 |
| | Fikes of Houston, Inc. | 7100-000 | $145.00 | $0.00 | $0.00 | $0.00 |
| | Fort Bend County | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hasraj Parikh | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Houston Automatic Door, Inc. | 7100-000 | $151.55 | $0.00 | $0.00 | $0.00 |
| | Hunton Trane | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kaiser and Conrad, LLP | 7100-000 | $90,000.00 | $0.00 | $0.00 | $0.00 |
| | Meade & Neese | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MetroBank a/k/a East West Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Orkin | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pankaj K. Shah, MD | 7100-000 | $539,520.79 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Super Building Cleaners | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thysennekrupp Elevator Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $3,240,255.16 | $4,174,591.35 | $4,174,591.35 | $29,183.50 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1        Exhibit 8

| Case No.: | 19-30878-H3-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | APEX KATY PHYSICIANS, LLC | Date Filed (f) or Converted (c): | 02/18/2019 (f) |
| For the Period Ending: | 8/4/2021 | §341(a) Meeting Date: | 03/27/2019 |
| | | Claims Bar Date: | 08/09/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cause No. 2009-02578. Claims against Adeel Zaidi, A.K. Chagla, Prestige Consulting, Inc. Apex Katy Physicians-TMG, LLC and Apex Long Term Acute Care-Katy, LP | $15,545,228.50 | $15,545,228.50 | | $10,000.00 | FA |
| Asset Notes: | Nature of claim - fraud.  Claims auctioned 5-21-19.  See dkt. 27 | | | | | |
| 1 | Cause No. 2009-02578. Claims against Adeel Zaidi, A.K. Chagla, Prestige Consulting, Inc. Apex Katy Physicians-TMG, LLC and Apex Long Term Acute Care-Katy, LP | $15,545,228.50 | $15,545,228.50 | | $0.00 | FA |
| Asset Notes: | Nature of claim - fraud.  Duplicate asset.  see other asset 1 | | | | | |
| 2 | Case No. 2016-20734. Claims against Robert Remy, Abeer Saqer, Dr. Stephen Kock in connection with false financial statements of Apex Katy Physicians-TMG LLC.  Potential claims against Adeel Zaidi, Gary Toche, Dr. Noor, Dr. Odhav, in connection with false financial statements of Apex Katy Physicians-TMG, LLC | $2,995,000.00 | $2,995,000.00 | | $36,000.00 | FA |
| Asset Notes: | Nature of claim - Legal malpractice and fraud.  Claims auctioned 5-21-19.  See dkt. 27 | | | | | |
| 3 | Cause No. 20115-255588 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Proof of claim filed in Apex LTAC-Katy, LP, bankruptcy case no. 09-37096.  Debtor has moved to reopen bankruptcy case. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                      **Gross Value of Remaining Assets**

| | $34,085,457.00 | $34,085,457.00 | | $46,000.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 06/24/2021 | Motion to deposit unclaimed funds filed |
| 02/26/2021 | NFR filed |
| 01/05/2021 | Final fee application for accountants filed.  Case is TFR ready once application is approved and payment made. |
| 08/30/2020 | Final tax return in progress.  Will proceed to TFR upon completion and payment of final fee applications. |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2     Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 19-30878-H3-7 | |
| **Case Name:** | APEX KATY PHYSICIANS, LLC | |
| **For the Period Ending:** | 8/4/2021 | |

| | |
|---|---|
| **Trustee Name:** | Randy W. Williams |
| **Date Filed (f) or Converted (c):** | 02/18/2019 (f) |
| **§341(a) Meeting Date:** | 03/27/2019 |
| **Claims Bar Date:** | 08/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12/06/2019   2019 Tax return will be required.  Will proceed to TFR upon completion of return and payment of accountant.

**Initial Projected Date Of Final Report (TFR):** 07/31/2020    **Current Projected Date Of Final Report (TFR):** 03/31/2021

/s/ RANDY W. WILLIAMS
RANDY W. WILLIAMS

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-30878-H3-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | APEX KATY PHYSICIANS, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1351 | | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/18/2019 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 8/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2019 | (2) | Porter Hedges | bid for litigation claims | 1290-000 | $10,000.00 | | $10,000.00 |
| 05/23/2019 | (1) | Chase Cashiers check | Auction deposit | 1290-000 | $10,000.00 | | $20,000.00 |
| 05/23/2019 | (2) | Indus Associates LLC | Sale of litigation claims. See dkt. 27 | 1129-000 | $26,000.00 | | $46,000.00 |
| 05/31/2019 | 3001 | Robin L. Harrison | return of auction deposit | 8500-002 | | $10,000.00 | $36,000.00 |
| 10/24/2019 | 3002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $12.94 | $35,987.06 |
| 10/07/2020 | 3003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $12.04 | $35,975.02 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $59.93 | $35,915.09 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $54.21 | $35,860.88 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $57.86 | $35,803.02 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $57.77 | $35,745.25 |
| 02/03/2021 | 3004 | CARR, RIGGS & INGRAM LLC | fees dkt 51 | 3410-000 | | $2,156.00 | $33,589.25 |
| 03/25/2021 | 3005 | Randy W. Williams | Trustee Compensation | 2100-000 | | $4,350.00 | $29,239.25 |
| 03/25/2021 | 3006 | Randy W. Williams | Trustee Expenses | 2200-000 | | $55.75 | $29,183.50 |
| 03/25/2021 | 3007 | Adeel Zaidi | Final Distribution; Claim #: 1; | 7100-000 | | $78.47 | $29,105.03 |
| 03/25/2021 | 3008 | Robert D. Remy | Final Distribution; Claim #: 2; | 7100-000 | | $3,143.50 | $25,961.53 |
| 03/25/2021 | 3009 | Pankaj K. Shah | Final Distribution; Claim #: 3; | 7100-000 | | $25,961.53 | $0.00 |
| 06/24/2021 | 3007 | VOID: Adeel Zaidi | | 7100-003 | | ($78.47) | $78.47 |
| 07/23/2021 | 3010 | CLERK, U.S. BANKRUPTCY COURT | unclaimed funds | 7100-001 | | $78.47 | $0.00 |

| | | | | SUBTOTALS | $46,000.00 | $46,000.00 | |

**FORM 2** — Page No: 2 — Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-30878-H3-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | APEX KATY PHYSICIANS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1351 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/18/2019 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 8/4/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $46,000.00 | $46,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $46,000.00 | $46,000.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $46,000.00 | $46,000.00 | |

**For the period of 2/18/2019 to 8/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $46,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $46,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/02/2019 to 8/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $46,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $46,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-30878-H3-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | APEX KATY PHYSICIANS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1351 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/18/2019 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 8/4/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $46,000.00 | $46,000.00 | $0.00 |

**For the period of 2/18/2019 to 8/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $46,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $46,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/18/2019 to 8/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $46,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $36,000.00 |
| Total Non-Compensable Disbursements: | $10,000.00 |
| Total Comp/Non Comp Disbursements: | $46,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS